1  BENJAMIN A. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789



FILED

SEP 1 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )
10                                )   2:10-CR-0404 EJG
                 Plaintiff,       )
11                                )
                                  )
12                                )   MOTION AND ORDER DISMISSING
   ANTONIO LAMBAREN,              )   INDICTMENT
13                                )
                 Defendants.      )
14 _____)

15      Plaintiff United States of America, by and through Assistant

16 United States Attorney Michelle Prince, hereby moves, consistent

17 with the Principles of Federal Prosecution, to dismiss in the

18 interest of justice under Rule 48(a) of the Federal Rules of

19 Criminal Procedure the charge in the Indictment.

20      Unknown to the United States at the time of the Indictment

21 ANTONIO LAMBAREN entered a guilty plea in state court to a related

22 state charge.  The Government requests that the bench warrant issued

23 in this case also be recalled.

24 //

25 //

26 //

27 //

28 //

Respectfully submitted,

BENJAMIN A. WAGNER
United States Attorney

Dated: September 15, 2010          /s/Michelle A.Prince
                                   MICHELLE A.PRINCE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


                        O R D E R

     It is ordered that the above-captioned Indictment be and is

hereby dismissed without prejudice against ANTONIO LAMBAREN.

DATED:    9/16/10

EDWARD J. GARCIA
United States District Judge

2